IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICHAEL LEE SPRUILL, Plaintiff, v. FRANKLIN A. SMITH, et al., Defendants. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION** <br><br> Case No. 4:18-cv-00027-DN-DBP <br><br> District Judge David Nuffer |

The Report and Recommendation[1] issued by United States Magistrate Judge Dustin B. Pead on September 17, 2018, recommends that (1) Plaintiff Michael Lee Spruill's Motion to Submit a Supplemental Complaint[2] be granted, (2) Defendant Federal Bureau of Investigation's Motion to Dismiss Amended Complaint[3] be granted without prejudice, (3) all of Spruill's claims against Defendant Franklin A. Smith be dismissed without prejudice for failure to effectuate timely service, and (4) Spruill's Motion for Ruling[4] be denied.

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service in accordance with 28 U.S.C. § 636 and Fed. R. Civ. P. 72. No party filed a written objection to the Report and Recommendation. Therefore, the analysis and conclusion of the Magistrate Judge are accepted, and the Report and Recommendation[5] is adopted in its entirety.

---

[1] Docket no. 27, filed September 17, 2018.

[2] Docket no. 14, filed July 5, 2018.

[3] Docket no. 21, filed August 13, 2018; Docket no. 23, filed under seal August 13, 2018.

[4] Docket no. 26, filed August 20, 2018.

[5] Docket no. 27, filed September 17, 2018.

# ORDER

IT IS HEREBY ORDERED that the Report and Recommendation[6] is ADOPTED.

IT IS FURTHER HEREBY ORDERED that:

1. Spruill's Motion to Submit a Supplemental Complaint[7] is GRANTED;

2. FBI's Motion to Dismiss Amended Complaint[8] is GRANTED without prejudice;

3. All of Spruill's claims against Smith are DISMISSED without prejudice for failure to effectuate timely service; and

4. Spruill's Motion for Ruling[9] is DENIED.

Signed October 9, 2018.

BY THE COURT:

David Nuffer
United States District Judge

---

[6] *Id.*

[7] Docket no. 14, filed July 5, 2018.

[8] Docket no. 21, filed August 13, 2018; Docket no. 23, filed under seal August 13, 2018.

[9] Docket no. 26, filed August 20, 2018.